1  THOMAS E. FRANKOVICH (State Bar #074414)
   AMANDA LOCKHART (State Bar #289900)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  702 Mangrove Avenue, #304
   Chico, CA 95926
4  Telephone: (415) 389-8600
   Email: alockhart@disabilitieslaw.com
5
6  Attorney for Plaintiff

7
            UNITED STATES DISTRICT COURT
8
            NORTHERN DISTRICT OF CALIFORNIA
9

10 | JEANETTE BROWN,                  ) CASE NO. 3:17-cv-01914-EMC
11 |                                  )
   |                                  )
12 |        Plaintiff,                ) **JOINT STIPULATION REGARDING AN**
   |                                  ) **EXTENSION OF TIME FOR PLAINTIFF**
13 | v.                               ) **TO FILE A MOTION TO STRIKE and**
   |                                  ) **ORDER [proposed] THEREON**
14 | HANSON SHOPPING CENTER, *et al.* )
15 |                                  )
   |        Defendants.               )
16 |                                  )
17 |_____)

18    Plaintiff Jeanette Brown and Defendants Hanson Shopping Center, Victor Z. Hanson,

19 Trustee, Martin Rodriguez, and Saprina Rodriguez (hereinafter "the Parties"), by and through

20 their respective counsel, stipulate to the following:

21
22    **Whereas**, the instant matter is an Americans with Disabilities Act of 1990 access case

23 with supplemental jurisdiction over state law claims for the alleged failure to remove

24 architectural barriers at the subject Hanson Shopping Center and Ace Copy and Shipping

25 Center (located at the subject shopping center), places of public accommodation; and,

26
27    **Whereas**, the Parties have a dispute as to whether the current affirmative defenses are

28 sufficient as plead without the need for further facts to give Plaintiff notice of the basis of the
   defenses; and,

**Whereas,** the Parties have met and conferred over this issue; and,

**Whereas,** Defendants do not agree to waive said defenses at this time; and

**Whereas,** Plaintiff intends to move to strike the affirmative defenses as insufficiently plead; and

**Whereas**, the Parties do not wish to run afoul of the stay placed upon the case by General Order 56; therefore,

**IT IS HEREBY STIPULATED** by and between the Parties through their designated counsel that, should this case fail to settle at mediation, Plaintiff shall have the right to file his Motion to Strike Defendants' Affirmative Defenses. Said motion shall be filed no later than twenty-one (21) days after the mediation takes place.

**IT IS SO STIPULATED.**

Dated: May 15, 2017              THOMAS E. FRANKOVICH, APLC
                                 ***A PROFESSIONAL LAW CORPORATION***

                                 By:   /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorneys for Plaintiff

Dated: May 22, 2017              NEARY and O'BRIEN

                                 By:   /s/ Christopher J. Neary (authorized)
                                 Christopher J. Neary
                                 Attorneys for Defendants

**ORDER [proposed]**

Having considered the Stipulation, and for good cause shown, the Court hereby GRANTS the request. Plaintiff shall have up to twenty-one (21) days after mediation to file a Motion to Strike, if at all.

**IT IS SO ORDERED.**

Dated:   5/30/17



_____
Chen
Court Judge