```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    AMANDA LOCKHART (State Bar #289900)
 2  THOMAS E. FRANKOVICH,
    *A PROFESSIONAL LAW CORPORATION*
 3  702 Mangrove Avenue, #304
    Chico, CA 95926
 4  Telephone: (415) 389-8600
    Email: alockhart@disabilitieslaw.com
 5
 6  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE BROWN, | CASE NO. 3:17-cv-01914-EMC |
| Plaintiff, | JOINT STIPULATION TO CONTINUE THE MEDIATION DEADLINE and ORDER [proposed] THEREON |
| v. | |
| HANSON SHOPPING CENTER, *et al.* | |
| Defendants. | |

Plaintiff Jeanette Brown and Defendants Hanson Shopping Center, Victor Z. Hanson, Trustee, Martin Rodriguez, and Saprina Rodriguez (hereinafter "the Parties"), by and through their respective counsel, stipulate to the following:

**Whereas**, the instant matter was set for a mediation on November 6, 2017; and,

**Whereas**, the Parties have been informally working toward a settlement; and,

**Whereas**, Defendant Hanson is ill and was unable to attend the mediation; and,

**Whereas**, in light of the defendant's unavailability and the Parties' intent to try to settle the case outside of a formal mediation, the Parties agreed to continue the mediation date; and

**Whereas,** the decision to continue mediation was also agreed to by mediator Jonathan Lee; and

**Whereas,** the Parties have agreed to a tentative mediation date of December 19, 2017, should the case fail to settle; and

**Whereas,** the current mediation deadline is November 28, 2017; therefore,

**IT IS HEREBY STIPULATED** by and between the Parties through their designated counsel that the mediation deadline is continued to December 20, 2017.

**IT IS SO STIPULATED.**

Dated: November 13, 2017   THOMAS E. FRANKOVICH, APLC
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/ Thomas E. Frankovich___
Thomas E. Frankovich
Attorneys for Plaintiff

Dated: 11/16, 2017   NEARY and O'BRIEN

By: _____
Christopher J. Neary
Attorneys for Defendants

**ORDER [proposed]**

Having considered the Stipulation, and for good cause shown, the Court hereby GRANTS the request. The Parties shall have up to December 20, 2017, to complete mediation.

CMC is reset from 12/20/17 to 1/18/18 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 11/22/17

Honorable Edward M. Chen
United States District Court Judge