THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE BROWN, | CASE NO. 3:17-cv-01914-EMC |
| Plaintiff, | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |
| v. | |
| HANSON SHOPPING CENTER, *et al.* | |
| Defendants. | |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

IT IS SO STIPULATED.

Dated: February 7, 2018        THOMAS E. FRANKOVICH, APLC
                               *A PROFESSIONAL LAW CORPORATION*

                               By:  /s/ Thomas E. Frankovich
                               Thomas E. Frankovich
                               Attorney for Plaintiff

Dated: February 7, 2018        NEARY and O'BRIEN

                               By: [signature]
                               Jennifer M. O'Brien
                               Attorney for Defendants

## [proposed] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

IT IS SO ORDERED.

Dated: 2/7/18

IT IS SO ORDERED
[signature]
Judge Edward M. Chen